IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Village Roadshow Entertainment Group USA Inc., *et al.* | Bankruptcy Case No. 25-10475 (TMH) |
| Regency Entertainment (USA), Inc.,<br><br>Appellant,<br><br>v.<br><br>Village Roadshow Entertainment Group USA Inc., *et al.*,<br><br>Appellees. | Civil Action No. 25-cv-01444 (CFC) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, debtors and debtors in possession in the above-captioned chapter 11 cases respectfully represent as follows:

The debtors and debtors in possession in the above-captioned chapter 11 cases are: Village Roadshow Entertainment Group USA Inc.; Crescent Film Holdings Limited; Village Roadshow Distribution (BVI) Limited; Village Roadshow Distribution Pty Ltd; Village Roadshow Distribution UK Limited; Village Roadshow Distribution USA Inc.; Village Roadshow Entertainment Group (BVI) Limited; Village Roadshow Entertainment Group Asia Limited; Village Roadshow

Film Administration Management Pty Ltd; Village Roadshow Films (BVI) Limited; Village Roadshow Films Global Inc.; Village Roadshow Films North America Inc.; Village Roadshow Holdings USA Inc.; Village Roadshow Pictures Entertainment Inc.; Village Roadshow Pictures North America Inc.; Village Roadshow Productions (BVI) Ltd; Village Roadshow Productions Inc.; Village Roadshow VS Films LLC; VR DTE Distribution USA Inc.; VR DTE Productions Limited; VR Films Holdings (BVI) Limited; VR Funding LLC; VR Zoo Distribution USA Inc.; VR Zoo Productions Ltd; VREG Films Ltd; VREG Funding LLC; VREG IP Global LLC; VREG J2 Global LLC; VREG MM2 IP Global LLC; VREG OP Global LLC; VREG Production Services Inc.; VREG Television Inc.; VREG Wonka IP Global LLC; and VREG WW IP Global LLC (collectively, the "Company," "Village," or the "Debtors").

Each of the Debtors, other than Village Roadshow Entertainment Group (BVI) Limited, is 100% owned, either directly or indirectly, by Village Roadshow Entertainment Group (BVI) Limited.

Debtor Village Roadshow Entertainment Group (BVI) Limited is owned in part by several corporate entities. Vine Media Opportunities – Fund III-A, LP owns approximately 47.07% of the outstanding shares of Village Roadshow Entertainment Group (BVI) Limited. 1397225 Ontario Limited owns approximately 15.2% of the outstanding shares of Village Roadshow Entertainment Group (BVI)

Limited. Vine Media Opportunities – Fund III, LP owns approximately 13.49% of the outstanding shares of Village Roadshow Entertainment Group (BVI) Limited. Falcon Strategies Partners IV, LP owns approximately 12.83% of the outstanding shares of Village Roadshow Entertainment Group (BVI) Limited.

Certain of the Debtors are limited liability companies whose sole members are also Debtors in these chapter 11 cases. Debtor Village Roadshow Entertainment Group (BVI) Limited owns 100% of Debtor Village Roadshow Entertainment Group USA Inc., which owns 100% of Debtor Village Roadshow Holdings USA Inc. Debtor Village Roadshow Holdings USA Inc. is the sole member of Debtors VREG Funding LLC and VR Funding LLC. Debtor VR Funding LLC is the sole member of Village Roadshow VS Films LLC. Debtor Village Roadshow Holdings USA Inc. is also the sole owner of Debtor Village Pictures Entertainment Inc, which is the sole member of VREG WW IP Global LLC, VREG MM2 IP Global LLC, VREG J2 Global LLC, VREG OP Global LLC, and VREG IP Global LLC. VREG WW IP Global LLC is the sole member of VREG Wonka IP Global LLC.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 29, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar. No. 7402) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone:  (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:   (312) 499-6301 |
| Telephone:  (302) 571-6600 | Email:        jbernbrock@sheppardmullin.com |
| Facsimile:   (302) 571-1253 |                    mbenz@sheppardmullin.com |
| Email:        jmulvihill@ycst.com | |
|                    cthompson@ycst.com | -and- |
|                    bcarver@ycst.com | |
|                    bgaffney@ycst.com | Jennifer L. Nassiri (admitted *pro hac vice*) |
| | 1901 Avenue of the Stars, Suite 1600 |
| *Co-Counsel for the Debtors and Debtors in Possession* | Los Angeles, CA 90067 |
| | Telephone:  (310) 228-3700 |
| | Facsimile:   (310) 228-3701 |
| | Email:        jnassiri@sheppardmullin.com |
| | |
| | -and- |
| | |
| | Alyssa Paddock (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 39th Floor |
| | New York, NY 10112 |
| | Telephone:  (212) 653-8700 |
| | Facsimile:   (212) 653-8701 |
| | Email:        apaddock@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |