# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| VILLAGE ROADSHOW | ) | Bankruptcy Case No.: 25-10475-TMH |
| ENTERTAINMENT GROUP USA INC., | ) | Bankr BAP No. 25-0060 |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| REGENCY ENTERTAINMENT (USA), | ) | |
| INC., et al., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1444-CFC |
| | ) | |
| VILLAGE ROADSHOW | ) | |
| ENTERTAINMENT GROUP USA, INC. | ) | |
| and ALCON MEDIA GROUP, LLC, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **13th day of January 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely

that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE