IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA, INC., et al.,<br><br>          Debtors.<br>_____<br>REGENCY ENTERTAINMENT (USA), INC.,<br><br>          Appellant,<br><br>      v.<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA, INC. and ALCON MEDIA GROUP, LLC,<br><br>          Appellees. | Chapter 11<br>Bankr. Case No. 25-10475-TMH<br>Bankr. BAP No. 25-0060<br><br><br><br>Civil Action No. 25-1444-CFC |

## ORDER

At Wilmington on this 16Th day of January in 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **February 25, 2026**.

2. Appellees' brief in opposition to the appeal is due on or before **March 25, 2026**.

3. Appellant's reply brief is due on or before **April 8, 2026**.

_____
Chief Judge